UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ZAVALA MORALES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STUART SHERMAN, Warden,<br><br>　　　　Respondents. | No. CV 17-4384-BRO (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: June 26, 2017

　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　United States District Judge