**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ZAVALA MORALES,<br><br>                Petitioner,<br><br>      v.<br><br>STUART SHERMAN,<br><br>                Respondent. | Case No. LACV 17-4384-SVW (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order granting Petitioner's Motion for Voluntary Dismissal, IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 20, 2021

                                        HONORABLE STEPHEN V. WILSON
                                        UNITED STATES DISTRICT JUDGE